No. 528, Misc. BELL v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. *John D. Buchanan, Jr.,* for petitioner. ■■■■■■■■■■■■■■■■

No. 535, Misc. WOOD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 537, Misc. SWANSON v. WHITE HOUSE UTILITY DISTRICT ET AL. C. A. 6th Cir. Certiorari denied.

No. 573, Misc. JACKSON v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 621, Misc. KAMSLER v. TRI PAR RADIO & APPLIANCE CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 626, Misc. CARROLL v. ALABAMA. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 630, Misc. HESLIP v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 294, Misc. ROBINSON v. MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Francis B. Burch,* Attorney General of Maryland, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent.

No. 408, Misc. WHITE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. *Francis J. Larkin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States. ■■■■■■